# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:** ) | Bankruptcy Case No.: 17−12560−BLS |
| Woodbridge Group of Companies, LLC ) | Bankruptcy Chapter: 11 |
|     Debtor ) | |
| _____ ) | |
| Michael Goldberg ) | |
| ) | |
|     Plaintiff ) | Adv. Proc. No.: 19−50581−BLS |
|     vs. ) | |
| IRA Services Trust Company, Custodian for the Benefit of Dwight L. Atherton IRA; Dwight L. Atherton ) | |
|     Defendant ) | |

### ORDER ASSIGNING ADVERSARY PROCEEDING TO MEDIATION AND APPOINTING MEDIATOR

Pursuant to this Court's Local Rule 9019−5, Michael Goldberg , Plaintiff(s) and the above named Defendant(s) (collectively, the "Parties"), are directed to mediation to attempt to resolve disputes by and between the Parties relative to the above−captioned adversary proceeding. Upon the foregoing, it is hereby

    **ORDERED** that this matter is scheduled for Trial on a date to be determined ; and it is further

    **ORDERED** that the above−captioned adversary proceeding is hereby assigned to mediation; and it is further

    **ORDERED** that the costs of the mediation shall be paid by the bankruptcy estate, or if there is no bankruptcy estate, by the plaintiff in the adversary proceeding, or as directed by the Court, or as indicated in the Stipulation to Appoint a Mediator; and it is further

    **ORDERED** that:

    (a) If the parties have stipulated to entry of this order, Derek C. Abbott , who has been selected by the parties is appointed the mediator in this adversary proceeding; or,

    (b) If the parties have not stipulated to entry of this order, the court appoints , who is a mediator from the Register of Mediators of the United States Bankruptcy Court for the District of Delaware, as the mediator in this adversary proceeding; and it is further

    **ORDERED** that this mediation shall be conducted in accordance with the Local Rules of the United States Bankruptcy Court of the District of Delaware; and it is further

    **ORDERED** that all deadlines as defined in the Scheduling Order entered 9/4/20 shall apply.

Date: 11/6/20

                                                      Brendan Linehan Shannon
                                                         Bankruptcy Judge

(VAN−447)

United States Bankruptcy Court
District of Delaware

Goldberg,
    Plaintiff

IRA Services Trust Company,
    Defendant

Adv. Proc. No. 19-50581-BLS

# CERTIFICATE OF NOTICE

District/off: 0311-1      User: Sherry      Page 1 of 2
Date Rcvd: Nov 06, 2020      Form ID: van447      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Andrew W Caine, Pachulski Stang Ziehl & Jones, LLP, 10100 Santa Monica Blvd, Los Angeles, CA 90067, UNITED STATES 90067-4003 |
| aty | + | Derek C Abbott, Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, P.O. Box 1347, Wilmington, DE 19899-1347 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | IRA Services Trust Company |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradford J. Sandler | on behalf of Plaintiff Michael Goldberg bsandler@pszjlaw.com |
| Bridget Gallerie | on behalf of Claims Agent Epiq Class Action & Claims Solutions Inc. Pacerteam@choosegcg.com |
| Colin Robinson | on behalf of Plaintiff Michael Goldberg crobinson@pszjlaw.com |

District/off: 0311-1　　　　　　　　　　　User: Sherry　　　　　　　　　　　　　　　　Page 2 of 2
Date Rcvd: Nov 06, 2020　　　　　　　　　Form ID: van447　　　　　　　　　　　　　Total Noticed: 2

Colin R. Robinson
    on behalf of Plaintiff Michael Goldberg crobinson@pszjlaw.com

Derek C. Abbott
    dabbott@mnat.com

Kate Deringer Sallie
    on behalf of Defendant Dwight L. Atherton ksallie@pillaraught.com  tlaughead@pillaraught.com

TOTAL: 6